**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| JEREMY LEE HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:19-cv-75-PPS-SLC |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge's Findings, Report and Recommendation [DE 22] were issued on January 29, 2020, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Findings, Report and Recommendation and the lack of objections thereto, the Findings, Report and Recommendation [DE 22] are ACCEPTED AND ADOPTED.

The final decision of the defendant Commissioner of Social Security denying plaintiff Jeremy Lee Howard's application for Social Security benefits is AFFIRMED.

The Clerk shall enter judgment in favor of the defendant and CLOSE the case.

SO ORDERED on February 14, 2020.

/s/   Philip P. Simon
PHILIP P. SIMON
UNITED STATES DISTRICT JUDGE